NELLIE BENZINGER, as Administratrix of the Estate of JOSEPH BENZINGER, Deceased, Respondent, *v.* NESTOR DEVELOPMENT HOLDINGS, INC., Appellant.

(Argued May 20, 1931; decided June 9, 1931.)

*Meyer Grouf, Harold J. Manheim* and *Samuel R. Wachtell* for appellant.

*Chester T. Krouse* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.